IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 3:15-CR-164-B |
| | § | |
| ELIZABETH UWAGBOI-UGBECHE (4) | § | |

## NOTICE OF ENTRY OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    Please take notice of this entry of my appearance as counsel for the defendant Elizabeth Uwagboi-Ugbeche in this district court proceeding.

                                       Respectfully Submitted,

                                       */s/ Paul T. Lund*_____
                                       Paul T. Lund
                                       State Bar Number 24070185
                                       Founders Square
                                       900 Jackson Street, Suite 330
                                       Dallas, Texas 75202
                                       214-871-4900
                                       214-613-1067
                                       Attorney for Defendant
                                       Elizabeth Uwagboi-Ugbeche

## **CERTIFICATE OF SERVICE**

      On May 7, 2015 a true and correct copy of the foregoing notice of appearance was served on opposing counsel SAUSA Doug Brasher, in accordance with the requirements of the Court's ECF system.

                                              */s/ Paul T. Lund*
                                              Paul T Lund