IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 3:15-CR-164-B(04) |
| | § | |
| ELIZABETH UWAGBOI-UGBECHE | § | |

ORDER

Before the Court is Defendant Uwagboi-Ugbeche's Motion for Permission to Travel filed on March 15, 2016. After consideration, the Court determines that the Motion should be and is hereby **DENIED.**

SO ORDERED.

SIGNED: April 1, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR PERMISSION TO TRAVEL – Page Solo