IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 3:15-CR-164-B |
| | § | |
| ELIZABETH UWAGBOI-UGBECHE(4) | § | |

NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice of this entry of my appearance as co-counsel with Mr. Paul Lund for the defendant Elizabeth Uwagboi-Ugbeche in this district court proceeding.

Respectfully Submitted,

*/s/ Jeffrey C. Grass*
Jeffrey C. Grass
State Bar Number 00787581
101 E. Plano, Suite 107
Plano, Texas 75074
(972) 422-9999
(972) 423-2646
Jeff@Grasslaw.com
Co-counsel for Defendant
Elizabeth Uwagboi-Ugbech

Entry of Appearance - Page 1

## CERTIFICATE OF SERVICE

On April 20, 2016, a true and correct copy of the foregoing notice of appearance was served on opposing counsel SAUSA Doug Brasher, in accordance with the requirements of the Court's ECF system.

*/s/ Jeffrey C. Grass*
Jeffrey C. Grass
